IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LEE GREENFIELD,

     Appellant,

v.

TALLAHASSEE POLICE DEPT.
AND CITY OF
TALLAHASSEE/RISK MGMT
DEPT.,

     Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-469



Opinion Filed

09/13/16 KMS

_____/

Opinion filed September 13, 2016.

An appeal from an order of the Judge of Compensation Claims.
John J. Lazzara, Judge.

Date of Accident: March 27, 2011.

Paul M. Anderson of Anderson & Hart, P.A., Tallahassee, for Appellant.

Christopher J. Dubois and Mary E. Cruickshank of DuBois & Cruickshank, P.A.,
Tallahassee, for Appellees.


PER CURIAM.

     AFFIRMED.

B.L. THOMAS, ROWE, and WINSOR, JJ., CONCUR.